UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| CARMEN LESPERANCE, | Civil No. 08-6329 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| ST. JUDE MEDICAL, INC., | |
| Defendant. | |

_____

James Capretz, **CAPRETZ & ASSOCIATES**, 5000 Birch Street, West Tower, Suite 2500, Newport Beach, CA 92660, for plaintiff.

Bradley Betlach, **NILAN JOHNSON LEWIS PA**, 400 One Financial Plaza, 120 South Sixth Street, Minneapolis, MN 55402, for defendant.

This matter is before the Court on the parties' Stipulation for Dismissal with Prejudice [Docket No. 11] filed on October 7, 2010.

**IT IS HEREBY ORDERED** that this matter be **DISMISSED WITH PREJUDICE**, and pursuant to Fed. R. Civ. P. 41(a)(1), each party is to bear his or its own costs and attorney's fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: October 8, 2010
at Minneapolis, Minnesota.

                                                             s/ John R. Tunheim
                                                            JOHN R. TUNHEIM
                                             United States District Judge